IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUKASA AFRIKA,<br>    Plaintiff,<br><br>v.<br><br>KHEPERA CHARTER SCHOOL,<br>    Defendants, et al. | :<br>:<br>:     CIVIL ACTION<br>:     NO. 16-5298<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this **16th** day of March, 2017, it is **ORDERED** that Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 24) is **GRANTED in part** and **DENIED in part** as follows:

- The motion to dismiss the procedural due process claim is **GRANTED** as to all moving Defendants.

- The motion to dismiss the substantive due process claim is **GRANTED** as to all moving Defendants.

- The motion to dismiss the First Amendment retaliation claim is **GRANTED** as to Richard White, Randolph Gumby, Gaylia Brown, Aaron Anybwile Love, Barbara Guerrero, Nathaniel Haynesworth, James Spruill, Melissa Watts, Ronald McCoy, Sharon Whitney, and Reginald Raghu; and **DENIED** as to Richard Isaac.

- The motion to dismiss the intentional interference with prospective contractual relations is **GRANTED** as to Khepera Charter School, Khepera Charter School Board of Trustees, Richard White, Randolph Gumby, Gaylia Brown, Aaron Anybwile Love, Barbara Guerrero, Nathaniel Haynesworth, James Spruill, Melissa Watts, Ronald McCoy, Sharon Whitney, and Reginald Raghu; and **DENIED** as to Richard Isaac.

_____
ANITA B. BRODY, J.

1